UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| IN RE: | UNCLAIMED DIVIDENDS FOR DEPOSIT TO REGISTRY FUND |
|---|---|
| ALEX B WHITEIS | |
| Debtor(s) | **CASE NO. BKY 05-36084 DDO** |

Jasmine Z. Keller, Chapter 13 Trustee, reports that distributions to Midwest Wireless in the amount of $63.21, were unclaimed.

| CREDITOR: | CLAIM NUMBER: | AMOUNT: |
|---|---|---|
| Midwest Wireless | 8 | $63.21 |
| PO Box 4069 | | |
| Mankato MN 56002-4069 | | |

ACCOUNT NUMBER:
011-0252074-7

*Receipt 2257*
*# 003*

**Jasmine Z. Keller, Trustee**

Dated: May 27, 2010

/s/ Jasmine Z. Keller/jj
Jasmine Z. Keller, Trustee

**DISTRIBUTION:**
Original and one copy to Clerk of Court
One copy to United States Trustee

RECEIVED 10 MAY 28 PM 12:53 US BANKRUPTCY COURT ST PAUL MN